

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 26, 2018

**By EMAIL**
The Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Re: *United States v. LaMorte et al.*, S 89 Cr. 742 (DNE) (LAP)

Dear Judge Preska:

I am the Assistant United States Attorney assigned to this matter. Defendant Jacob Moritz was recently arrested on the indictment in this case, and was presented in the District of Montana. Our Office has requested the Court's records of this case, which the Court's clerks retrieved from archives. Our understanding is that the Court must direct that the records remain at the courthouse, otherwise they will be sent back to archives. In light of the above-described development in this matter, we respectfully request that the Court order the records to remain at the courthouse, and not be sent back to storage.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Tara M. La Morte
Assistant United States Attorney
(212) 637-1041

*Loretta A. Preska*
UNITED STATES DISTRICT JUDGE

4/27/18